# United States District Court

## For The District of Columbia

UNDER SEAL

UNITED STATES OF AMERICA

V.

ILDEFONSO ONG, JR.,
a/k/a
LONG ONG

DOB:
PDID:

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

FILED

SEP 0 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06 - 392 - M - 01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between in or about **November 2000 until in or about April 2002 in Washington, D.C.** county, in the _____ District of **Columbia** defendant(s) did, (Track Statutory Language of Offense)

**knowingly conspiring with others to defraud the Export-Import Bank of the United States, an agency of the United States, by obtaining and aiding to obtain the payment of false claims.**

in violation of Title **18** United States Code, Section(s) **286**

I further state that I am **Patrick A. Westerhaus, Special Agent with the Federal Bureau of Investigation**, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

X _____
Signature of Complainant

AUSA, Michael K. Atkinson (202) 616-3702
Sworn to before me and subscribed in my presence,

Patrick A. Westerhaus, Special Agent
Federal Bureau of Investigation

SEP 07 2006
_____
Date

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

at   Washington, D.C.
     City and State

_____
Signature of Judicial Officer

**AFFIDAVIT**

I, PATRICK A. WESTERHAUS, having been duly sworn, state the following:

**INTRODUCTION**

1.  I am a Special Agent of the Federal Bureau of Investigation ("FBI") in the FBI's Northern Virginia Resident Agency, located in Falls Church, Virginia, of the Washington Field Office in Washington, D.C. I have been a Special Agent for approximately two years and am assigned to an economic crime squad that investigates violations of federal law, including conspiracies to defraud the government with respect to claims. I have participated in numerous white collar and financial crime investigations, attended several white collar fraud conferences, and received extensive training in investigating financial crimes. I am a Certified Fraud Examiner through the Association of Certified Fraud Examiners and am also a licensed Certified Public Accountant in the State of Washington. As a federal agent, I am authorized to investigate violations of the laws of the United States and execute warrants issued under the authority of the United States.

2.  The facts and information contained in this affidavit are based upon my review of documents and bank records, conversations with witnesses, personal knowledge and observations, information received by myself and other law enforcement agents from other individuals including cooperating witnesses and other experienced agents of the FBI or experienced financial crime investigators of the United States Postal Inspection Service working on this investigation, and information gained from my training and experience.

3. This affidavit is submitted in support of an application for an arrest warrant for ILDEFONSO ONG, JR. (hereinafter "ILDEFONSO ONG") for violating 18 U.S.C. § 286 by knowingly conspiring with others to defraud the Export-Import Bank of the United States ("Ex-Im Bank"), an agency of the United States, by obtaining and aiding to obtain the payment of false claims. This Affidavit does not set forth all information known to the FBI or other law enforcement agencies about this case and is being submitted solely for the purpose of providing sufficient information to establish probable cause for the issuance of a warrant to arrest ILDEFONSO ONG for conspiring to obtain the payment of false claims in violation of 18 U.S.C. § 286.

4. Based upon the facts set forth below in this Affidavit, I respectfully submit that there is probable cause to conclude that ILDEFONSO ONG, in the District of Columbia and elsewhere, violated 18 U.S.C. § 286 by conspiring to obtain the payment of false claims.

## FACTS SUPPORTING FINDING OF PROBABLE CAUSE

### Introduction

5. The Ex-Im Bank is an independent agency of the executive branch of the United States and located in Washington, D.C. It is also the official export credit agency of the United States. The mission of Ex-Im Bank is to assist in the export of United States goods and services to companies overseas. One of the ways Ex-Im Bank fulfills this mission is by issuing loan guarantees to United States banks on behalf of creditworthy foreign companies for the purpose of purchasing United States goods. Once Ex-Im Bank issues a loan guarantee, if the foreign borrower defaults on its loan repayment obligations to a United States bank, the Ex-Im Bank pays the amount of the

outstanding loan to the United States bank.  Before issuing a loan guarantee, Ex-Im Bank requires that a United States exporter – the person or entity shipping the United States goods on behalf of the foreign borrower – certify to Ex-Im Bank the type, amount, and value of the United States goods that it would be shipping and that the goods shipped were made in the United States.  These certifications are made by an exporter to Ex-Im Bank in the form of commercial invoices, packing lists, and Supplier's Certificates.  Once these documents are submitted to the lending bank and Ex-Im Bank, the Ex-Im Bank issues a loan guarantee to the lending bank, and the lending bank then transfers the loan proceeds to the United States exporter.

6.      Based upon agent conversations with a cooperating witness ("CW-1"),[1] I know that ILDEFONSO ONG is a citizen of the Philippines living in California and is in the business of facilitating loan transactions between companies in the Philippines and United States banks, in which the Ex-Im Bank guarantees or insures the loans.  In the course of facilitating these loan transactions, ILDEFONSO ONG selects an exporter in the United States for the purported purpose of buying United States goods, shipping those goods to companies in the Philippines, certifying to lending banks and the Ex-Im Bank that United States goods have been purchased and shipped, and receiving the loan proceeds – on behalf of the Philippine borrowers – for the purpose of funding the purchase and shipment of United States goods.

---

[1]     CW-1 is a participant in the scheme described herein and is currently in plea discussions with the Department of Justice.

**THE FRAUDULENT LOAN TRANSACTIONS**

7.      From in or about November 2000 until April 2002, ILDEFONSO ONG conspired with two United States exporters and others to falsify documents, submit false documents to lending banks and the Ex-Im Bank, and to misappropriate loan proceeds.

<u>Evidence of Fraudulent MTC Optical Loan Transaction</u>

8.      During the investigation, the FBI learned from CW-1, a California-based exporter, that in or about November 2000, ILDEFONSO ONG met with CW-1 for the purpose of recruiting him to act as exporter in a loan transaction between First International Bank and MTC Optical Laboratory, Inc. ("MTC Optical"), a company based in Manila, Philippines.  In or about March 2001, ILDEFONSO ONG instructed CW-1 to prepare a false Commercial Invoice, Packing List, and Supplier's Certificate, for the purpose of submitting those documents to First International Bank and misappropriating the MTC Optical loan proceeds.

9.      Based upon agent conversations with CW-1 and my review of documents and bank records, I know that with the assistance of ILDEFONSO ONG, CW-1 prepared and sent to First International Bank and Ex-Im Bank:  (a) a Commercial Invoice listing more than $1.3 million worth of United States goods that CW-1 had purportedly purchased on behalf of MTC Optical; (b) a Packing List describing the contents of nineteen boxes of United States goods and one crate of United States goods that CW-1 had purportedly shipped to MTC Optical; and (c) a Supplier's Certificate certifying that CW-1 had purchased and shipped more than $1.3 million worth of United States goods and that the entire amount of inventory was purchased from United States companies.

10. Based upon agent conversations with CW-1, I know that in or about February 2001, ILDEFONSO ONG instructed CW-1 to open a bank account at First Bank & Trust in Los Angeles, California, for the purpose of misappropriating the proceeds of the MTC Optical loan. I have reviewed bank records showing that on or about April 20, 2001, CW-1 received more than $1.1 million in MTC Optical loan proceeds from First International Bank and that he subsequently transferred $940,000 of that money to ILDEFONSO ONG by check.[2] Based upon agent conversations with CW-1, I know that at the direction of ILDEFONSO ONG, CW-1 transferred an additional $160,000 of MTC Optical loan proceeds to a company in Singapore. This is corroborated by bank records, which show that a $160,000 check from CW-1's bank account to a company named "Gerber Coburn Optical (Singapore) Ltd." cleared the bank on May 3, 2001.

11. During the investigation, I learned from conversations with employees of Ex-Im Bank and a review of bank records that MTC Optical defaulted on its loan repayment obligations to First International Bank and that Ex-Im Bank paid approximately $980,000 to First International Bank as a result of the MTC Optical default.

Evidence of Fraudulent Makati Skyline Loan Transaction

12. During the investigation, the FBI learned from another California-based exporter, "CW-2,"[3] that in or about June 2001, ILDEFONSO ONG met with CW-2 for

---

[2] Based upon my review of bank records, I know that the $940,000 check from CW-1 to ILDEFONSO ONG posted to CW-1's bank account on April 23, 2001.

[3] CW-2 is a participant in the scheme described herein and is currently in plea discussions with the Department of Justice.

the purpose of recruiting him to act as exporter in a loan transaction between First International Bank and Makati Skyline, Inc. ("Makati Skyline"), a company based in Manila, Philippines.  Based upon agent conversations with CW-2 and my review of documents and bank records, I know that in or about June 2001, ILDEFONSO ONG assisted CW-2 in preparing a false Commercial Invoice, Packing List, and Supplier's Certificate, for the purpose of submitting those documents to First International Bank and misappropriating the Makati Skyline loan proceeds.

13.     Based upon agent conversations with CW-2 and my review of documents and bank records, I know that with the assistance of ILDEFONSO ONG, CW-2 prepared and sent to First International Bank and Ex-Im Bank:  (a) a Commercial Invoice listing more than $520,000 worth of United States goods that CW-2 had purportedly purchased on behalf of Makati Skyline; (b) a Packing List describing the contents of 26 boxes of United States goods that CW-2 had purportedly shipped to Makati Skyline; and (c) a Supplier's Certificate certifying that CW-2 had purchased and shipped more than $520,000 worth of United States goods and that the entire amount of inventory was purchased from United States companies.

14.     I have reviewed bank records showing that on or about September 5, 2001, CW-2 received more than $440,000 in Makati Skyline loan proceeds from First International Bank and that he subsequently transferred more than $434,000 of that money to ILDEFONSO ONG by check.[4]

---

[4]     Based upon my review of bank records, I know that the $434,000 check from CW-2 to ILDEFONSO ONG posted to CW-2's bank account on September 7, 2001.

Evidence of Second Fraudulent MTC Optical Loan Transaction

15.     During the investigation, the FBI learned from CW-2 that in or about March 2002, ILDEFONSO ONG met with CW-2 again for the purpose of creating false shipping documents for another loan transaction between First International Bank and MTC Optical.  Based upon agent conversations with CW-2 and my review of documents and bank records, I know that in or about March 2002, ILDEFONSO ONG assisted CW-2 in preparing a false Commercial Invoice, Packing List, and Supplier's Certificate, for the purpose of submitting those documents to First International Bank and misappropriating the MTC Optical loan proceeds.

16.     Based upon agent conversations with CW-2 and my review of documents and bank records, I know that with the assistance of ILDEFONSO ONG, CW-2 prepared and sent to First International Bank and Ex-Im Bank:  (a) a Commercial Invoice listing more than $994,000 worth of United States goods that CW-2 had purportedly purchased on behalf of MTC Optical; (b) a Packing List describing the contents of seven crates and one skid of United States goods that CW-2 had purportedly shipped to MTC Optical; and (c) a Supplier's Certificate certifying that CW-2 had purchased and shipped more than $994,000 worth of United States goods and that the entire amount of inventory was purchased from United States companies.

17.     I have reviewed bank records showing that on or about April 12, 2002, CW-2 received more than $845,000 in MTC Optical loan proceeds from First International Bank and that he subsequently transferred more than $829,000 of that money to M&W Financial Company ("M&W Financial"), which is a company owned by

ILDEFONSO ONG.[5]  I have also reviewed a copy of the executed $829,000 check from CW-2 to M&W Financial, which is endorsed by ILDEFONSO ONG.

18. During the investigation, I learned from conversations with employees of the Ex-Im Bank and a review of bank records that MTC Optical defaulted on its loan repayment obligations to First International Bank and that Ex-Im Bank paid more than $925,000 to First International Bank as a result of the MTC Optical default.

WHEREFORE, I respectfully submit, based on the information provided in this Affidavit, that there is probable cause to conclude that ILDEFONSO ONG, in the District of Columbia and elsewhere, violated 18 U.S.C. § 286 by conspiring with others to obtain the payment of false claims from the Ex-Im Bank.

The statements above are true and accurate to the best of my knowledge and belief.

---

                                    Patrick A. Westerhaus
                                    Special Agent
                                    Federal Bureau of Investigations

Sworn to before me this 7th day of September 2006.

---

The Honorable John M. Facciola
United States Magistrate Judge
District of Columbia

---

[5] Based upon my review of bank records, I know that the $829,000 check from CW-2 to M&W Financial posted to CW-2's bank account on April 18, 2002. Based upon my review of Ex-Im Bank records, I know that ILDEFONSO ONG represented that he co-owned M&W Financial.