CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                      )<br>)<br>)<br>)<br>#1: MARILYN G. ONG                   )<br>#2: ILDEFONSO ONG, JR.             ) | Criminal Number 07-260 (RWR)<br><br><br><br>Category   B |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>May 20, 2008</u> from <u>Judge Richard W. Roberts</u> to <u>The Calendar Committee</u> by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

<u>JUDGE ELLEN SEGAL HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Roberts</u> & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Criminal Case Processing Clerk
       U.S. Attorney—Judiciary Square Building, Room 5133
       Statistical Clerk